IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00108-WYD-MEH

ROBERT MONTGOMERY,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, COLORADO, a body corporate and politic, and
WESLEY A. RIBER, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2008.**

    Defendant Riber's Unopposed Motion for Entry of Stipulation and Protective Order [filed April 24, 2008; doc #12] is **granted**. The Stipulation and Protective Order in this matter is filed contemporaneously with this minute order.