IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00108-WYD-MEH

ROBERT MONTGOMERY,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, COLORADO, a body corporate and politic, and
WESLEY A. RIBER, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2008.**

    Plaintiff's Unopposed Motion for Leave to File Amended Motion to Compel [filed December 30, 2008; docket #32] is **granted**. The Court will accept as filed the Amended Motion to Compel found at docket #33.

    Plaintiff's original Motion to Compel [filed December 23, 2008; docket #30] is **denied as moot**.