IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00108-WYD-MEH

ROBERT MONTGOMERY,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, COLORADO, a body corporate and politic; and
WESLEY A. RIBER, in his individual capacity,

    Defendants.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff Montgomery's Unopposed Motion for Leave to File Under Seal His Corrected Response Brief to Defendants' Combined Motion for Summary Judgment and Exhibit E, filed March 2, 2009 (docket #59) is **GRANTED**. Defendants' Unopposed Motion for Leave to File Corrected Reply in Support of Motion for Summary Judgment, filed March 5, 2009 (docket # 60) is **GRANTED**.

    A 5-day jury trial has been set in the above matter for **Monday, October 5, 2009 at 9:00 a.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado. A final trial preparation conference is set for **Friday, September 18, 2009 at 1:30 p.m**.

    Dated: March 27, 2009