IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00108-WYD-MEH

ROBERT MONTGOMERY,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, COLORADO, a body corporate and politic, and
WESLEY A. RIBER, in his individual capacity,

    Defendants.

## STIPULATION OF DISMISSAL OF PLAINTIFF MONTGOMERY'S CLAIM AGAINST DEFENDANT WESLEY A. RIBER

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Robert Montgomery, through his counsel, the law firm of Benezra & Culver, L.L.C., and Defendant Wesley A. Riber, through his counsel, the law firm of Senter, Goldfarb & Rice, L.L.C., hereby stipulate to the dismissal with prejudice of all claims against Defendant Wesley A. Riber. This stipulation does not apply to Plaintiff Montgomery's claim against Defendant Board of County Commissions of Douglas County, Colorado. The Parties have simultaneously filed a Stipulation Motion to Dismiss Interlocutory Appeal of Defendant Wesley A. Riber with the Tenth Circuit. The Parties agree that each side will be responsible for their own attorney fees and costs associated with Mr. Montgomery's claim against Defendant Riber.

Dated this 14th day of July, 2009.

                                    **BENEZRA & CULVER, L.L.C.**

                                    ___s/ Seth J. Benezra_____
John A. Culver, Esq.
Seth J. Benezra, Esq.
274 Union Blvd., #220
Lakewood, CO  80228-1835
(303) 716-0254
*Attorneys for Plaintiff*

                                  **SENTER, GOLDFARB & RICE, L.L.C.**

                                    ____s/ Gillian M. Fahlsing_____
Thomas S. Rice, Esq.
Gillian M. Fahlsing, Esq.
1700 Broadway, #1700
Denver, CO  80290
(303) 320-0509
*Attorneys for Defendant Wesley Riber*

## CERTIFICATE OF MAILING

     I hereby certify that on the 14th of July, 2009, I sent the foregoing by U.S. Mail to the following:

Michelle Whisler, Esq.
Assistant County Attorney
Douglas County Attorney's Office
100 Third Street
Castle Rock, CO 80104

                                    **s/Melissa Ball**
                                    _____