IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00108-WYD-MEH

ROBERT MONTGOMERY,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, COLORADO, a body corporate and politic; and
WESLEY A. RIBER, in his individual capacity,

    Defendants.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER is before the Court on the Stipulation of Dismissal of Plaintiff Montgomery's Claim Against Defendant Wesley A. Riber (docket #69), filed July 14, 2009.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and Defendant Wesley A. Riber should be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

ORDERED that the Stipulation of Dismissal of Plaintiff Montgomery's Claim Against Defendant Wesley A. Riber (docket #69) is **APPROVED**, and Defendant Wesley A. Riber is **DISMISSED WITH PREJUDICE** from this action, each party to bear its own attorney's fees and costs.  It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to reflect the dismissal of Defendant Wesley A. Riber from this matter.

Dated:  July 14, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge